IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT HARRY KUNFERMAN,

                                                ORDER

           Plaintiff,

                                               10-cv-574-bbc

     v.

ROBERT SHAW,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT HARRY KUNFERMAN,

                                               ORDER

           Plaintiff,

                                             10-cv-575-bbc

     v.

DAVID A. BECKSTROM,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated October 5, 2010, this court severed plaintiff's amended complaint filed in <u>Kunferman, Robert v. Board of Regents, et al.</u>, 09-cv-662-bbc, into three individual cases in accordance with Fed. R. Civ. P. 20.  Plaintiff has asked for leave to proceed <u>in forma pauperis</u> in the severed cases; 10-cv-574-bbc and 10-cv-575-bbc.  He has supported his

1

request with an affidavit of indigency. From the affidavit of indigency, I cannot determine whether plaintiff qualifies for indigent status. To make this determination, I need to know plaintiff's annual income for the past year.

Plaintiff states in his affidavit of indigency that both he and his wife are unemployed and have no income. However, plaintiff also states that he has been able to pay his tuition without the use of student loans up until this semester. Plaintiff further lists expenses of $110 a week. To clarify this ambiguity, plaintiff may have until October 26, 2010 to submit an amended affidavit of indigency that contains his, and his wife's, actual gross monthly income from all sources for the last twelve months. I am enclosing a blank affidavit of indigency form for plaintiff with this order.

## ORDER

IT IS ORDERED that a decision whether plaintiff Robert Kunferman may proceed in forma pauperis this action is STAYED. Plaintiff may have until October 26, 2010, in which to amend his affidavit of indigency and return it to the court. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his

request for leave to proceed in forma pauperis for failure to show that he is indigent.

Entered this 13th day of October, 2010.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge