IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT HARRY KUNFERMAN,

    Plaintiff,

v.

ROBERT SHAW,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-574-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Robert Shaw granting his motion to dismiss this case for plaintiff's failure to comply with the statute of limitations.

By: _____, Deputy Clerk
Peter Oppeneer, Clerk of Court

1-7-11
Date